UNITED STATES of America, Appellant, v. George C. WILSON et al.
No. 13237.

SAME v. Thomas M. LIVERGOOD.
No. 13238.

SAME v. Louis L. NICOLAI.
No. 13239.

SAME v. Vasta L. McCORMICK, Administratrix, etc., et al.
No. 13240.

SAME v. Ella TREISCH.
No. 13241.

SAME v. J. Karl MUSCHANY, et al.
No. 13242.

SAME v. Theodore LAMMERT, et al.
No. 13243.

SAME v. John Henry DIECKMANN.
No. 13244.

SAME v. Iva Awbrey FOX, et al.
No. 13245.

SAME v. T. M. LIVERGOOD.
No. 13246.

SAME v. Caroline L. UTLANT, etc.
No. 13247.

SAME v. Lillian H. HAYS, etc.
No. 13248.

SAME v. Morris MUSCHANY, et al.
No. 13249.

SAME v. Calvin Dwight CASTLIO, et al.
No. 13250.

SAME v. Patrick SWEENEY, Executor, etc., et al.
No. 13251.

SAME v. Calvin CASTLIO, et al.
No. 13252.

SAME v. Morris I. MUSCHANY, et al.
No. 13253.

SAME v. Edward H. SCHNEIDER, et al.
No. 13254.

SAME v. B. O. MAHAFFEY, et al.
No. 13255.

SAME v. Chiles F. STEWART, etc.
No. 13256.

SAME v. Birch O. MAHAFFEY, Trustee, etc.
No. 13257.

SAME v. Mertia CALLAWAY.
No. 13272.

SAME v. Nell L. FULKERSON.
No. 13273.

SAME v. Leonard J. KESSLER, et al.
No. 13274.

SAME v. Earl M. MILLER, Administrator, etc.
No. 13275.

SAME v. Walker CUNNINGHAM, et al.
No. 13276.

SAME v. Chiles F. STEWART, et al.
No. 13277.

SAME v. Samuel M. WATSON, et al.
No. 13278.

SAME v. Clyde KEISER, Individually, etc., et al.

No. 13279.

SAME v. George Wesley STEVENSON, et al.

No. 13280.

SAME v. Julius L. ZELLER, et al.

No. 13281.

SAME v. Agnes KOLODZEY.

No. 13282.

SAME v. Fred G. MOUND, et al.

No. 13302.

SAME v. Daniel R. MacDONALD, et al.

No. 13353.

Circuit Court of Appeals, Eighth Circuit.

April 14, 1947.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Russell Vandivort, and Charles J. Hughes, Asst. U. S. Attys., both of St. Louis, Mo., and J. Edward Williams, Acting Head, Lands Division, Department of Justice, of Washington, D. C., for the United States in all the above actions.

Igoe, Carroll, Keefe & Coburn, of St. Louis, Mo., and Robert V. Niedner, of St. Charles, Mo., for appellees in Nos. 13237, 13240, 13248, 13280.

Harry Richards, of St. Louis, Mo., for appellees in Nos. 13238, 13241, 13243, 13246, 13250.

S. D. Flanagan and E. D. Franey, both of St. Louis, Mo., for appellees in No. 13239.

William R. Gentry, of St. Louis, Mo., for appellee in Nos. 13242, 13249, 13253.

William Waye Jr., of St. Charles, Mo., and William R. Gilbert and Roscoe Anderson, both of St. Louis, Mo., for appellees in Nos. 13244, 13245.

Samuel M. Watson, of St. Louis, Mo., and Webster Karrenbrock, of St. Charles, Mo., for appellees in Nos. 13247, 13254.

Anderson, Gilbert Wolfort, Allen & Bierman and William H. Allen, all of St. Louis, Mo., for appellees in No. 13251.

Robert V. Niedner, of St. Charles, Mo., for appellees in No. 13252.

Igoe, Carroll, Keefe, & Coburn, of St. Louis, Mo., Robert V. Niedner, of St. Charles, Mo., and R. D. Fitzgibbon, of St. Louis, Mo., for appellees in Nos. 13255, 13257.

William H. Allen, of St. Louis, Mo., and Theodore Bruere, Jr., of St. Charles, Mo., for appellee in No. 13256.

Samuel M. Watson, of St. Louis, Mo., for appellees in Nos. 13272–13279, 13281, 13282, 13302.

Cox & Blair and Redick O'Bryan, all of St. Louis, Mo., for appellees in No. 13353.

PER CURIAM.

On motion of appellant, judgment of District Court reversed and cause remanded to District Court with instructions to enter judgment in the amount of the McDowell Option Contract without interest, on authority of decision of Supreme Court of the United States of February 3, 1947, 67 S.Ct. 606, in the cases of Albrecht **v.** United States (Q. W. S. S. Realty & Investment Co. v. United States, Linnenbringer et al. v. United States, Pitman et al. v. United States), 155 F.2d 77; 61 F. Supp. 199, and Oliver **v.** United States, 155 F.2d 73; 60 F.Supp. 741, holding that the landowners were not entitled to interest in addition to amount under McDowell Option Contract.